THE URBAN LAW FIRM
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV  89103
T: 702-968-8087
F: 702-968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00580-APG-GWF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE FIRST RESPONSIVE PLEADING OR MOTION** |

Plaintiff Allegiant Air, LLC, and Defendants International Brotherhood of Teamsters, Airline Division ("IBT") and Airline Professionals Association of the International Brotherhood of Teamsters, Local No. 1224, *et al.*, by and through their respective counsel, stipulate to extend the deadline for the Defendants to file their first responsive pleading or motion in response to the Complaint. The Defendants shall have until the expiration of 14 days from the date the Court enters its decision on the pending Motion for Preliminary Injunction (ECF No. 11) to file either their answer to the Complaint or an appropriate Rule 12 motion responding to the Complaint.

Dated: April 28, 2015.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  May 15, 2015.

**LAW OFFICE OF EDWARD M. GLEASON, PLLC**

        */s/ Edward M. Gleason, Jr.*
_____
Edward M. Gleason, Jr., Esq.
    (admitted *pro hac vice* April 9, 2015)
910 17th Street, N.W., Suite 800
Washington, DC  20006
T: 202-800-0099
egleason@gleasonlawdc.com

1

**BARKAN & MEIZLISH, LLP**

Joshua D. McInerney, Esq. (Ohio Reg. 0084355)
James Petroff, Esq. (Ohio Reg. 0042476)
    (admitted *pro hac vice* April 6, 2015)
250 East Broad Street, 10th Floor
Columbus, OH 43215
T: 614-221-4221
jmcinerney@barkanmeizlish.com
jpetroff@barkanmeizlish.com

**THE URBAN LAW FIRM**

    */s/ Sean W. McDonald*
Michael A. Urban, Esq., Nevada Bar No. 3875
Nathan R. Ring, Esq., Nevada Bar No. 12078
Sean W. McDonald, Esq., Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: 702-968-8087
F: 702-968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

*Attorneys for Defendants*

    */s/ Douglas W. Hall*
Douglas W. Hall, Esq.
FORDHARRISON, LLP
1300 19th Street NW, Suite 700
Washington, DC 20036
T: 202.719.2000; dhall@fordharrison.com
**Attorneys for Plaintiff**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____.

47206

2