**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV  89103
T: 702-968-8087
F: 702-968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT AIR, LLC, | Case No. 2:15-cv-00580-APG-GWF |
| Plaintiff, | **SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE FIRST RESPONSIVE PLEADING OR MOTION** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | |
| Defendants. | |

Plaintiff Allegiant Air, LLC, and Defendants International Brotherhood of Teamsters, Airline Division ("IBT") and Airline Professionals Association of the International Brotherhood of Teamsters, Local No. 1224, *et al.*, by and through their respective counsel, stipulate to extend the deadline for the Defendants to file their answer to the Complaint. The Defendants shall have until May 21, 2015, to file their answer to the Complaint. The parties state this request is made for no improper purpose or delay.

Dated: May 15, 2015.

**IT IS SO ORDERED.**

Dated:  May 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF EDWARD M. GLEASON, PLLC**

_____*/s/ Edward M. Gleason, Jr.*_____
Edward M. Gleason, Jr., Esq.
    (admitted *pro hac vice* April 9, 2015)
910 17th Street, N.W., Suite 800
Washington, DC  20006
T: 202-800-0099
egleason@gleasonlawdc.com

**BARKAN & MEIZLISH, LLP**

Joshua D. McInerney, Esq. (Ohio Reg. 0084355)
James Petroff, Esq. (Ohio Reg. 0042476)
          (admitted *pro hac vice* April 6, 2015)
250 East Broad Street, 10th Floor
Columbus, OH  43215
T: 614-221-4221
jmcinerney@barkanmeizlish.com
jpetroff@barkanmeizlish.com

**THE URBAN LAW FIRM**

          */s/ Sean W. McDonald*
_____
Michael A. Urban, Esq., Nevada Bar No. 3875
Nathan R. Ring, Esq., Nevada Bar No. 12078
Sean W. McDonald, Esq., Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV  89103
T: 702-968-8087
F: 702-968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

*Attorneys for Defendants*

          */s/ Douglas W. Hall*
_____
Douglas W. Hall, Esq.
FORDHARRISON, LLP
1300 19th Street NW, Suite 700
Washington, DC 20036
T: 202.719.2000; dhall@fordharrison.com

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____.

48643