Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@rosscgoodman.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, et al.,<br><br>    Defendants. | Case No. 2:15-cv-00580-APG-GWF<br><br>**ORDER FOR RELEASE OF CASH BOND** |

COMES NOW Allegiant Air, LLC ("Allegiant") and submits this proposed order for the return of a ten thousand dollars ($10,000) cash bond along with accrued interest to the legal owner Allegiant Air, LLC, c/o Goodman Law Group, P.C. posted on April 1, 2015 supporting an order granting motion for temporary restraining order. [Doc. 14].

This case was dismissed on May 14, 2016 and closed by the clerk of court over three (3) years earlier. [Doc. 57].

SO ORDERED this 18th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

Prepared By:

*/s/* Ross C. Goodman, Esq.
Ross C. Goodman
Nevada Bar No. 7722
GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@rosscgoodman.com
*Attorney for Plaintiff*